# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| TYREIK LARRY WATSON, | ) | |
| Movant, | ) ) ) | |
| v. | ) ) | Case No. CV416-145 |
| UNITED STATES OF AMERICA, | ) ) | CR413-128 |
| Respondent. | ) ) | |

## REPORT AND RECOMMENATION

This Court recently illuminated filing-date discrepancies in Tyreik Larry Watson's 28 U.S.C. § 2255 motion. *Watson v. United States*, 2016 WL 3581938 at * 1 (S.D. Ga. June 27, 2016). Those discrepancies suggested that Watson engaged in date-manipulation to defeat 2255(f)(1)'s one-year limitations period. Warning him not to perjure himself, the Court directed him to file a "*Mingo* Statement"[1] by July 13,

---

[1] See *Mingo v. United States*, 2014 WL 5393575 (S.D. Ga. Oct. 23, 2014) (sending movant Mingo a special 28 U.S.C. § 1746 Declaration form for him to "affirm or rebut" his appointed lawyer's assertions on his claim that counsel ignored his directive to file an appeal), cited in *Marshall v. United States*, 2015 WL 3936033 at * 2 (S.D. Ga. June 26, 2015) ("It is this Court's practice to request sworn affidavits or 28 U.S.C. § 1746 Declarations from allegedly errant lawyers and movants before a hearing.").

2016. *Id.* at * 2 (citing *Williams v. United States*, 2016 WL 3194368 at * 2 (S.D. Ga. June 6, 2016)).

Because he has failed to comply, Watson's § 2255 motion (doc. 52) should be dismissed without prejudice. *See* L.R. 41(b); *see Betty K Agencies, Ltd. v. M/V Monada,* 432 F.3d 1333, 1337 (11th Cir. 2005) (district courts may *sua sponte* dismiss an action pursuant to Fed. R. Civ. P. 41(b) if the plaintiff fails to comply with court rules or a court order); *Donaldson v. Clark*, 819 F.2d 1551, 1557 n. 6 (11th Cir. 1987) (district court has inherent authority to sanction parties for "violations of procedural rules or court orders," up to and including dismissals with prejudice).

**SO REPORTED AND RECOMMENDED**, this 25th day of July, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA